**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| *In re: Navia Benefit Solutions, Inc. Data Breach Litigation* | |
| This Document Relates to: All Actions | Master File No.: 2:26-cv-00909-JHC |
| | **ORDER GRANTING JOINT STIPULATED MOTION TO CONSOLIDATE MATTERS** |
| | **NOTE ON MOTION CALENDAR:** **June 3, 2026** |
| NOEL TAUTGES, Individually and on Behalf of All Others Similarly Situated,      Plaintiff,    vs.  NAVIA BENEFIT SOLUTIONS, INC.,      Defendant. | Case No.: 2:26-cv-01207-MLP |

ORDER GRANTING JOINT STIPULATED MOTION TO CONSOLIDATE MATTERS - 1
Case No. 2:26-cv-00909-JHC

**ORDER**

Based on the stipulated motion at Dkt. # 11 in the 2:26-cv-00909-JHC matter, the motion is GRANTED. *Tautges, et al. v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01207-MLP is hereby consolidated into *In re: Navia Benefit Solutions, Inc. Data Breach Litigation*, Master File No.: 2:26-cv-00909-JHC for all purposes pursuant to LCR 42(a). The Clerk is ordered to administratively close Case No. 2:26-cv-01207-MLP.

DATED this 2nd day of June, 2026.

John H. Chun
United States District Judge

ORDER GRANTING JOINT STIPULATED MOTION TO CONSOLIDATE MATTERS - 2
Case No. 2:26-cv-00909-JHC